UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CASE NO. 2:09CR 043 |
| v. | ) | |
| | ) | |
| JUSTIN PHILLIP CEPHUS, a.k.a. "Tootie" | ) | 18 U.S.C. 2 |
| JOVAN DEMONT STEWART, a.k.a. "Geo" and "4" | ) | 18 U.S.C. 1591 |
| STANTON LANDRY CEPHUS, a.k.a. "Stan" | ) | 18 U.S.C. 2421 |

FILED MAR 05 2009
STEPHEN R. LUDWIG, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

**INDICTMENT**

**THE GRAND JURY CHARGES:**

**COUNT 1**

Between on or about July 1, 2007, and on or about November 15, 2007, in the Northern District of Indiana and elsewhere, the defendants

**JUSTIN PHILLIP CEPHUS, a.k.a. "Tootie"**
**JOVAN DEMONT STEWART, a.k.a. "Geo" and "4"**
**STANTON LANDRY CEPHUS, a.k.a. "Stan"**

did knowingly, in and affecting interstate commerce, recruit, entice, harbor, transport, provide, and obtain by any means **A.H.**, a minor under the age of 18, knowing that **A.H.** had not attained the age of 18 years and that **A.H.** would be caused to engage in a commercial sex act.

All in violation of Title 18, United States Code, Sections 1591(a) and 2.

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 2

Between on or about August 1, 2008, and on or about November 1, 2008, in the Northern District of Indiana and elsewhere, the defendants

**JUSTIN PHILLIP CEPHUS, a.k.a. "Tootie"**
**JOVAN DEMONT STEWART, a.k.a. "Geo" and "4"**
**STANTON LANDRY CEPHUS, a.k.a. "Stan"**

did knowingly, in and affecting interstate commerce, recruit, entice, harbor, transport, provide, and obtain by any means **B.G.,** knowing that force, fraud and coercion would be used to cause **B.G.** to engage in a commercial sex act.

All in violation of Title 18, United States Code, Sections 1591(a) and 2.

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 3

Between on or about August 1, 2008, and continuing until on or about November 1, 2008, in the Northern District of Indiana and elsewhere, the defendants

**JUSTIN PHILLIP CEPHUS, a.k.a. "Tootie"**
**JOVAN DEMONT STEWART, a.k.a. "Geo" and "4"**
**STANTON LANDRY CEPHUS, a.k.a. "Stan"**

knowingly transported **B.G.** in interstate commerce, i.e., from Indiana to Illinois, with intent that **B.G.** engage in prostitution.

All in violation of Title 18, United States Code, Sections 2421 and 2.

A TRUE BILL:

/s/ Foreperson
FOREPERSON

DAVID A. CAPP
UNITED STATES ATTORNEY

By:  /s/ Jill Trumbull-Harris
Jill Trumbull-Harris
Assistant United States Attorney
Northern District of Indiana

3