# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



| | |
|---|---|
| Everett McKinley Dirksen United States Courthouse<br>Room 2722 - 219 S. Dearborn Street<br>Chicago, Illinois 60604 | Office of the Clerk<br>Phone: (312) 435-5850<br>www.ca7.uscourts.gov |

**FINAL JUDGMENT**

July 6, 2012

Before:

    FRANK H. EASTERBROOK, *Chief Judge*

    WILLIAM J. BAUER, *Circuit Judge*

    RICHARD A. POSNER, *Circuit Judge*

| | |
|---|---|
| Nos.: 10-3838, 10-3840 & 11-1098 | UNITED STATES OF AMERICA,<br>Plaintiff - Appellee<br><br>v.<br><br>JUSTIN CEPHUS, JOVAN D. STEWART and STANTON L. CEPHUS,<br>Defendants - Appellants |
| **Originating Case Information:** | |
| District Court No: 2:09-cr-00043-RL-PRC<br>Northern District of Indiana, Hammond Division<br>District Judge Rudy Lozano | |

    Stewart's judgment should be **REMANDED** to enable the district judge to reconcile the discrepancy between his written and oral sentences.  In all other respects the judgments are **AFFIRMED**.  The above is in accordance with the decision of this court entered on this date.

form name: **c7_FinalJudgment**(form ID: **132**)